IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES W. WALKER**                                                    **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 1:11-cv-197-HSO-JMR**

**FEMA**                                                            **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [7-1] entered in this cause on September 22, 2011. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 18th day of October, 2011.

                                                     *s/ Halil Suleyman Ozerden*
                                                     HALIL SULEYMAN OZERDEN
                                                     UNITED STATES DISTRICT JUDGE